UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LORI BRUNO-PONTHIER

VERSUS

UNITED PARCEL SERVICE

CIVIL ACTION

NUMBER 06-31-FJP-CN

**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that the defendant's motion for summary judgment on the federal claims shall be granted. Plaintiff's claims based on federal law shall be dismissed with prejudice. The Court refuses to exercise jurisdiction over the state law claims under 28 U.S.C. § 1367. Therefore, the claims based on state law shall be dismissed without prejudice as moot and defendant's motion for summary judgment on the state law claims shall be denied as moot without prejudice.

IT IS FURTHER ORDERED that this action is dismissed.

Baton Rouge, Louisiana, December 3, 2007.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#44893